IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

TYRONE PORTER                                    No. 05cr20418-Ma

ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY
UNDER THE SPEEDY TRIAL ACT

This cause came on for an Arraignment on <u>December 7, 2005</u> It appears from the record that defense counsel may not have received timely notice and did not appear. The Court reset the Arraignment date to **Wednesday, December 14, 2005 at 10:00 a.m. before Magistrate Judge Tu M. Pham**.

It is therefore ORDERED that the time period of 12/7/05 through 12/14/05 is excludable pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161 (h)(3)(A).

This 7 day of December, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-12-05

19

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CR-20418 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT