IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 20 PM 1:58

THOMAS M. GOULD
CLERK US DISTRICT COURT
W/D OF MEMPHIS

UNITED STATES OF AMERICA,

VS.                                             NO. 05-20418-MaV

TYRONE PORTER,

    Defendant.

ORDER DENYING MOTION FOR FUNDS TO HIRE AN INVESTIGATOR

Before the court is defendant Tyrone Porter's December 15, 2005, motion for funds to hire an investigator. The court finds that the motion is not well taken because it lacks a quantifiable limit on the amount of funds requested, and the court is unwilling to approve unlimited funds for an investigator. The motion is DENIED.

It is so ORDERED this 20th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  12-21-05

24

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20418 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Scottie O. Wilkes
KYLES & ASSOCIATES, PC
200 Jefferson Avenue
Ste. 850
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT